UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:10CV-00113-JHM

JEANETTE McGUIRE                                                          PLAINTIFF

VS.

MICHAEL J. ASTRUE,
Commissioner of Social Security                               DEFENDANT

## ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Report and Recommendation, no objections having been filed thereto, and the Court having considered the same, adopts the Report and Recommendations submitted by the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that the final decision of the Commissioner is **REVERSED** and this matter is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), to the Commissioner for a new decision and further administrative proceedings consistent with the report and recommendation of the United States Magistrate Judge.

This is a final and appealable Order and there is no just cause for delay.

Copies:       Counsel